# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**ELIZABETH CALKINS,**

      **Plaintiff,**

                                        Civil Action No. 3:12-cv-11960-KPN

**v.**

**ASSOCIATED CREDIT SERVICES, INC.;**
**and DOE 1-5,**

      **Defendants.**

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Elizabeth Calkins and defendant Associated Credit Services, Inc. have reached a settlement in the above-captioned case. The plaintiff will file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

December 3, 2012                                                   s/ Robert Amador

                                                            Robert Amador, Esq.
                                                           Attorney for Plaintiff  ELIZABETH CALKINS
                                                            9452 Telephone Rd. 156
                                                            Ventura, CA. 93004
                                                           (888)308-1119 ext. 11
                                                           (888)535-8267 fax
                                                           R.Amador@centenniallawoffices.com

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, December 3, 2012, I mailed a true copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

Associated Credit Services, Inc.
115 Flanders Rd., Suite 140
Westborough, MA 01581

                                  s/ Robert Amador
                                  _____

                                  Robert Amador, Esq.
                                  Attorney for Plaintiff  ELIZABETH CALKINS
                                  9452 Telephone Rd. 156
                                  Ventura, CA. 93004
                                  (888)308-1119 ext. 11
                                  (888)535-8267 fax
                                  R.Amador@centenniallawoffices.com